UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN A. MITCHELL,<br>Plaintiff,<br>-against-<br>JORDAN KYLE RUTSKY, ESQ.; MERSON LAW, PLLC; SETTLEMENT TRUST FUND COMMISSION; OR DESIGNATED TRUST FIDUCIARY / TRUSTEE ADMINISTRATION ENTITY,<br>Defendants. | 26-CV-8198 (LTS)<br>ORDER OF DISMISSAL |

LAURA TAYLOR SWAIN, Chief United States District Judge:

Plaintiff brings this *pro se* action under the court's diversity of citizenship jurisdiction, asserting claims of "breaches of fiduciary duty, legal malpractice, intentional infliction of emotional distress, and conversion/financial exploitation of a disabled person under federal and New York State law." (ECF 1 at 1.) For the following reasons, the complaint is dismissed without prejudice.

Plaintiff has previously submitted to this court a substantially similar complaint against the same Defendants. That case is pending under docket number 26-CV-7939.[1] Because this complaint raises the same claims, no useful purpose would be served by the filing and litigation of this duplicate lawsuit. Therefore, this complaint is dismissed without prejudice to Plaintiff's pending case under docket number 26-CV-7939.

**CONCLUSOIN**

The Court dismisses Plaintiff's complaint without prejudice as duplicative of 26-CV-7939.

[1] Plaintiff did not pay the filing fees or submit an application to proceed *in forma pauperis* with either complaint.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

The Court directs the Clerk of Court to enter a civil judgment in this action.

SO ORDERED.

Dated: September 25, 2026
New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge