UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN A. MITCHELL,

Plaintiff,

-against-

JORDAN KYLE RUTSKY, ESQ.; MERSON LAW, PLLC; SETTLEMENT TRUST FUND COMMISSION; OR DESIGNATED TRUST FIDUCIARY / TRUSTEE ADMINISTRATION ENTITY,

Defendants.

26cv8198 (LTS)

CIVIL JUDGMENT

For the reasons stated in the September 25, 2026, order, this action is dismissed. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated: September 30, 2026
New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge